JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RAY LOYD, et al., <br><br>               Petitioner, <br><br>    v. <br><br>KATHLEEN ALLISON, et al., <br><br>               Respondent. | Case No. 5:21-cv-01817-SPG-SHK <br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

    IT IS ADJUDGED that this action is DISMISSED without prejudice.

Dated: March 20, 2024

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE